IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 08-CV-763-DRH |
| ) | |
| Suzette Jones, DC, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR DEFAULT JUDGMENT

The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a), and Plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court hereby **GRANTS** the Plaintiff's motion for default judgment under Rule 55(b) (**Doc 7**) and **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff, United States of America, and against Defendant, Suzette Jones, DC, in the amount of $194,026.57 (total as of February 18, 2009), plus interest at the rate of 4.75% from February 18, 2009, to the date judgment is entered, court costs in the amount of **$350.00** pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**IT IS SO ORDERED.**

**DATED this 23rd day of February, 2009.**

/s/ David R Herndon

**Chief Judge**
**United States District Court**