# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                       **CIVIL NO. 08-CV-763-DRH**

**SUZETTE JONES, DC,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion for Default Judgment (Doc. 7).

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment is **GRANTED** by Order of Court dated February 23, 2009 (Doc. 8). Judgment is entered in favor of Plaintiff, United States of America, and against Defendant, Suzette Jones, DC, in the amount of $194,026.57 (total as of February 18, 2009), plus interest at the rate of 4.75% from February 18, 2009, to the date judgment is entered, court costs in the amount of **$350.00** pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full. Case is DISMISSED WITH PREJUDICE.-------------------------

                                                                       **KEENAN G. CASADY, CLERK**

February 23, 2009                              BY:    /s/Robin Butler
                                                                              Deputy Clerk

APPROVED: /s/    *David R Herndon*

          **CHIEF JUDGE**
          **U.S. DISTRICT COURT**